SPANGLER, APPELLANT, *v.* KEHRES, APPELLEE.

[Cite as *Spangler v. Kehres* (1996), 75 Ohio St.3d 1218.]

(No. 95–1130—Submitted at the New Philadelphia Session
April 17, 1996—Decided June 12, 1996.)

———————

*Clark, Perdue, Roberts & Scott Co., L.P.A.,* and *Edward L. Clark,* for appellant.

*Sauter & Hohenberger* and *Kenneth R. Beddow,* for appellee.

———————

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

DOUGLAS, J., dissents.

RESNICK, J., dissents separately.

ALICE ROBIE RESNICK, J., dissenting. I would reverse the court of appeals' judgment. Summary judgment should not have been granted, since there was a genuine issue of material fact. Additionally, reviewing this case would give us an opportunity to restrict *Marchetti v. Kalish* (1990), 53 Ohio St.3d 95, 559 N.E.2d 699.